ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jamaal Russ
-------------------------------------------------X

                  Plaintiff,

- against -

John Doe #1 (Police officer at 73 pct    Jury Trial Demanded
John Doe #2 (Police officer at 73 pct.
John Doe #3 (Police officer at 73 pct.
                  Defendants.
-------------------------------------------------X

RECEIVED MAR 24 2010 PRO SE OFFICE

CV 10 - 1370

TOWNES, J.

J. ORENSTEIN, M.J.

I.    Parties:

     Plaintiff <u>Jamaal Russ</u>, resides at <u>301 Sutter Avenue 5B, Brooklyn, NY 11212</u>

     Defendant <u>John Doe #1</u> resides at _____N/A_____.

     Defendant John Doe #2 resides at _____N/A_____.

     Defendant John Doe #3 resides at _____N/A_____.

II.   The Jurisdiction of the Court is invoked pursuant to <u>42 U.S.C. 1983</u>_____.

III.  Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]
On August 22, 2007, in Kings County, Tyrone Jordan was shot with a loaded hand gun by another person. John Doe #1, 2, 3 conducted an investigation that lead to the arrest of Jamaal Russ on March 15, 2008. On March 20, 2009 Jamaal Russ was acquitted at trial on all charges.
Jamaal Russ claims if John Doe #1, 2, 3 had conducted a proper investigation Jamaal Russ would have never been falsely accused of a crime he did not commit.

IV.  Remedy. State what relief, such as money damages, you seek from each defendant.
I am seeking five million from each defendant.

3-24-2010
Date

Jamaal Russ
Sign Your Name

(347) 615-1594
Telephone Number