ORIGINAL
Case 1:10-cv-01870-SLT-JO Document 27 Filed 05/16/11 Page 1 of 1 PageID #: 70
RECEIVED
MAY 16 2011
PRO SE OFFICE

5/16/11

Dear Judge Jame Orenstein

IN regards to the 5/19/11 Date were it is that I produce to the defendants Counsel a written narrative statement setting out point by point the specific facts expects to prove at trial a description of the defendants actions that i believe violated my rights, as well as a description of the harms I claims to have suffered as a result witnesses, copies, documents, Photographs or other records. I'm asking for a 60 day extension so I can better perpare for whats needed in order for this case to move along at a faster pace. Also I will like to make note pertaining to the 4/27/11 Conference I had not yet recived a copy of the report of my arrest an detective Chavers memo book. IN order for me to Comply with your orders to the fulliest extent I will need the copys. So I request the the Conference be rescheduled I dont think the defendants have complied with your orders

I thank you kindly In this matter

Jomacl R—

CC Lisa Marie Richardson
By mail