7/18/11

Jamaal Russ
1:10 CV 01370 SLT-JO

I Jamaal Russ was to turn fourth a Narrative statement by July 19, 2011. At this this I'm unable to do so being that I must request permission to Amended my Complaint first. So I'm asking Can I Amended my Complaint an request a 30 day enlargement to write a written Narrative on the Amended Complaint. (see Attached)

CC: Lisa Richardson

