UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ JUL 18 2011 BROOKLYN OFFICE

JAMAAL RUSS,

     Plaintiff,

against

Charles J. Hynes, DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK, Joshua Charlton, ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; Katherine Teitgen, ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; Alyshea Austern; ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; DISTRICT ATTORNEY'S OFFICE OF KINGS COUNTY, STATE OF NEW YORK; CITY OF NEW YORK; STATE OF NEW YORK; in their Individual and Official capacities;

     Defendants.

Amended Complaint

Jury Trial Demanded

10 CV 01370 (JO)(SLT)

COMES NOW, Plaintiff, JAMAAL RUSS, who respectfully submits this AMENDED COMPLAINT as follows:

### INTRODUCTION AND JURISDICTION

I. This Amended Complaint is set forth in response to the Courts' Order for Plaintiff to file a written narrative statement.

II. This is an action at law to redress the deprivation by the defendants, acting under color of state statue, ordinance, regulations, customs and/or usage of a privilege or immunity secured by the Constitution of the United States of America, with intent to deny Plaintiff his civil rights, all which rise under federal law, particularly Title 42 U.S.C. section 1983, 1985, 1988 and the

Constitutions, Laws and Statutes of the United States and the State of New York. Plaintiff is seeking monetary damages.

III. Exclusive jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343.

IV. At all times relevant to this complaint, Plaintiff Jamaal Russ resides at 301 Sutter Avenue #5B, Brooklyn New York 11212.

V. At all times relevant, Defendant Charles Hynes is a municipal agent, servant, employee in his individual and official capacity of District Attorney, Kings County, State of New York, was acting under color of state law. His principle place of business is 350 Jay Street, Brooklyn N.Y. 11201.

VI. At all times relevant, Defendant Joshua Charlton is a municipal agent, servant, employee in his individual and official capacity of Assistant District Attorney, Kings County, State of New York, was acting under color of state law. His principle place of business is 350 Jay Street, Brooklyn, N.Y. 11201.

VII. At all times relevant, Defendant Katherine Teitgen, is a municipal agent, servant, employee in her individual and official capacity of Assistant District Attorney, Kings County, State of New York, was acting under color of state law. Her principle place of business is 350 Jay Street, Brooklyn N.Y. 11201.

VIII. At all times relevant, Defendant Alyshea Austern, is a municipal agent, servant, employee in her individual and official capacity Assistant District Attorney, Kings County, State of New York, was acting under color of state law. Her principle place of business is 350 Jay Street, Brooklyn N.Y. 11201.

IX. At all times relevant, Defendant District Attorney Office of Kings County, is a Domestic Municipal Corporation / Political Subdivision elected and charged with a duty to promulgate policy, customs, regulations, train, supervise and employ Defendants was acting under color of state law within its official capacity, which principle place of business is 350 Jay Street, Brooklyn, N.Y. 11201.

X. At all times relevant, Defendant State of New York, is a Domestic Municipal Corporation / Political Subdivision duly organized and existing by virtue of the laws of the State of New York, charged with the duty to promulgate policy, customs, regulations, train, supervise and employ Defendants was acting under color of state law within its official capacity.

XI. At all times relevant, Defendant City of New York, is a Domestic Municipal Corporation / Political Subdivision duly organized and existing by virtue of laws of the City of New York, charged with the duty to promulgate policy, customs, regulations, train, supervise and employ Defendants was acting under color of state law within its official capacity.

## **PLAIN STATEMENT OF FACTS**

XII. On or about March 15, 2008, Plaintiff was arrested and falsely prosecuted for a crime that he did not commit. Plaintiff was falsely arrested, imprisoned and maliciously prosecuted for criminal charges. Defendants were responsible for the malicious prosecution and false imprisonment of Plaintiff, for which, he endured while unlawfully incarcerated. Plaintiff was acquitted of all charges by a jury trial in Kings County on March 20, 2009.

XIII. Plaintiff seeks compensatory damages from defendants Hynes, Charlton, Teitgen, Austern $3,000,000.00 each in their official capacity; and $1,000,000.00 each in their individual capacity, with an additional $1,000,000.00 each for punitive damages.

XIV. Plaintiff seeks compensatory damages from defendants District Attorney Office of Kings County, City of New York and the State of New York $3,000,000.00 each, with an additional $3,000,000.00 each for punitive damages in their official capacity.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true correct, complete and not misleading.

Dated: July 18, 2011

JAMAAL RUSS, Pro se litigant
301 SUTTER AVENUE #5B
BROOKLYN, NY 11212

I declare under the penalty of perjury that on this 18 day of July, 2011, I will deliver this Amended Complaint to the District Court for the Eastern District of New York, via Certified Mail Delivery Confirmation # 7010 0290 0000 5446 9102.

Plaintiff Pro se litigant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMAAL RUSS,<br>　　　　Plaintiff, | **AFFIRMATION OF SERVICE** |
| against | |
| Charles J. Hynes, DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK, Joshua Charlton, ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; Katherine Teitgen, ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; Alyshea Austern; ASSISTANT DISTRICT ATTORNEY, KINGS COUNTY, STATE OF NEW YORK; DISTRICT ATTORNEY'S OFFICE OF KINGS COUNTY, STATE OF NEW YORK; CITY OF NEW YORKSTATE OF NEW YORK; in their individual and official capacity;<br>　　　　Defendants. | Jury Trial Demanded<br><br>10 CV 01370 (JO)(SLT) |

1. I JAMAAL RUSS, being the age of 18, and mailing address of 301 Sutter Avenue #5B, Brooklyn NY 11212.

2. On this 18 day of July, 2011, I served the above-entitled via First Class Mail, to the following address:

　　　　THE CITY OF NEW YORK
　　　　LAW DEPARTMENT
　　　　100 CHURCH STREET
　　　　NEW YORK NY 10007

I declare under the penalty of perjury that on this 18 day of July, 2011, I will deliver these papers, to the above-listed via First Class Mail.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff, Pro se

5