To whom it may concern,   ORIGINAL   12/26/2011
(10 CV 1370)

In regards to the report and recommendation made by Magistrate Judge Orenstein denying of the amended complaint imposed by Plaintiff is unfair.

A claim was made which relief should be granted, now defendents should be served because Judge Orenstein believes that the amended complaint is futile. This should not stop him from making a recommendation that Plaintiff believes is unfair.

Once defendents are served and discovery demands are met Malicious Prosecution and false arrest can be proved. Again a claim was made which relief should be granted that should be enough for the amended complaint to move forward and discover who is really at fault for Plaintiffs, false arrest and malicious prosecution claims.

[signature]

Drop off 1/3/2012         CC Lisa M Richardson

RECEIVED JAN 03 2012 PRO SE OFFICE