UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JAMAAL RUSS,

                       Plaintiff,

      -against-

DARRELL CHAVERS (Police Officer 73 Pct.), *et al.*,

                     Defendants.
------------------------------------------------------------------x

**CIVIL JUDGMENT**

10-CV-1370 (SLT)(JO)

      In light of this Court's Memorandum and Order dated March 29, 2013, granting defendant Darrell Chavers' motion for summary judgment and dismissing this case, it is hereby

      **ORDERED and ADJUDGED** that defendant's motion for summary judgment is granted, that this action is dismissed with prejudice, that plaintiff Jamaal Russ take nothing from defendant, and that judgment is hereby entered in favor of defendant and against plaintiff.


                                                    /s/
                                           SANDRA L. TOWNES
                                           United States District Judge


Dated: March 29, 2013
       Brooklyn, New York