**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of June, two thousand and thirteen,

_____

Jamaal Russ, AKA Jamal Russ,

      Plaintiff - Appellant,

v.

Darrell Chavers, AKA John Doe #1, John Doe #2, (Police Officer at 73 Pct.), John Doe #3, (Police Officer at 73 Pct.), Charles J. Hynes, District Attorney Kings County, State Of New York, Joshua Charlton, Assistant District Attorney, Kings County, State of NY, Katherine Teitgen, Assistant District Attorney, Kings County, State of NY, Alyshea Austern, Assistant District Attorney, Kings County, State of NY, Ray Kelly, Commissioner, NYC Police Department, New York City Police Department, District Attorney's Office, Kings County, State of New York, City of New York, Corporation Counsel of the City of New York, esq, State of New York, in their individual and official capacities,

      Defendants - Appellees.

_____

**ORDER**
Docket No. 13-1778

      The appellant Jamaal Russ filed a Notice of Appeal in the above-referenced matter, 13-1778. The Court mailed instructional forms to the appellant on May 8, 2013 instructing the appellant to file Form D-P and fourteen days, thereafter, to file a scheduling notification letter pursuant to Local Rule 31.2(a)(1)(A). The appellant filed Form D-P on May 16, 2013 but failed to submit a scheduling notification letter. Upon consideration thereof,

      IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), appellant's brief must be filed on or before **August 7, 2013**. It is further ORDERED that the appeal will be

MANDATE ISSUED ON 9/6/13

dismissed effective if the brief and appendix are not filed by that date. No extension of time to file will be granted.

> For The Court:
>
> Catherine O'Hagan Wolfe,
> Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit